IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chapman, Thomas P

Printed: 11/18/08

Case Number: 08 B 05163
Judge: Wedoff, Eugene R
Filed: 3/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,395.03 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,238.75 |
| Trustee Fee: |  | 156.28 |
| Other Funds: |  | 0.00 |
| Totals: | 2,395.03 | 2,395.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 3,074.00 | 2,238.75 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 19,718.34 | 0.00 |
| 4. | Key Bank & Trust | Unsecured | 4,177.01 | 0.00 |
| 5. | Ford Motor Credit Corporation | Unsecured | 2,396.10 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 105.63 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 1,408.09 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 781.09 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 763.45 | 0.00 |
| 10. | ACC Consumer Finance | Unsecured | 3,907.53 | 0.00 |
| 11. | Village of Dolton | Secured | | No Claim Filed |
| 12. | Trinette Hudson | Priority | | No Claim Filed |
| 13. | Richmond North Associates | Unsecured | | No Claim Filed |
| | | | $ 36,331.24 | $ 2,238.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 116.41 |
| 6.6% | 39.87 |
| | $ 156.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chapman, Thomas P | Case Number: 08 B 05163 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/18/08 | Filed: 3/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

